No. 82–1825.  FLORIDA TILE CO., A DIVISION OF SIKES CORP. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied.

No. 82–1826.  BOND ET AL. *v.* GENERAL MOTORS CORP. ET AL. C. A. 6th Cir.  Certiorari denied.

No. 82–1833.  SANTIAGO *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 82–1842.  WRIGHT *v.* DEFENSE LOGISTICS AGENCY. C. A. 3d Cir.  Certiorari denied.

No. 82–1843.  MERENA *v.* SATO, BUILDING INSPECTOR FOR THE CITY AND COUNTY OF HONOLULU, ET AL.  C. A. 9th Cir. Certiorari denied.

No. 82–1844.  CENTRAL NATIONAL BANK OF POTEAU, OKLAHOMA *v.* COAL WASHER RENTAL CORP.  C. A. 10th Cir.  Certiorari denied.

No. 82–1846.  ANDREWS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 82–1849.  LEONARD B. HEBERT, JR. & CO., INC., ET AL. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 82–1851.  PENDLETON ET AL. *v.* UNITED PARCEL SERVICE ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 82–1854.  AVITZUR *v.* AVITZUR.  Ct. App. N. Y.  Certiorari denied.

No. 82–1855.  INTERLOX PUNCH & DIE CORP. ET AL. *v.* INSILCO CORP. ET AL.  Super. Ct. N. J., App. Div.  Certiorari denied.

No. 82–1858.  PALMER *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 82–1864.  131.68 ACRES OF LAND, MORE OR LESS SITUATED IN ST. JAMES PARISH, LOUISIANA, ET AL. *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.